

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00024-CV

SHEILA BUTLER                                                        APPELLANT

V.

WELLS FARGO BANK, N.A.                                              APPELLEE

-----------

### FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
### TRIAL COURT NO. 2014-006286-1

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On January 23, 2015, and February 11, 2015, we notified appellant in accordance with rule of appellate procedure 42.3(c) that we would dismiss this appeal unless the $195 filing fee was paid. *See* Tex. R. App. P. 42.3(c). Appellant has not paid the $195 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

---

[1]*See* Tex. R. App. P. 47.4.

Because appellant failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 16, 2013,[2] we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  MEIER, GABRIEL, and SUDDERTH, JJ.

DELIVERED:  March 19, 2015

---

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 13-9127 (Aug. 16, 2013) (listing fees in courts of appeals).